

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2018

No. 04-18-00131-CV

Lorraine **KENYON**, Individually and as Executrix of the Estate of Theodore Kenyon,
Appellants

v.

**ELEPHANT INSURANCE COMPANY, LLC**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI14055
Honorable Michael E. Mery, Judge Presiding

# O R D E R

By order dated May 31, 2018, appellant was ordered to provide written proof to this court that the reporter's record had been designated. On June 6, 2018, appellant filed copies of email correspondence with the court reporter responsible for preparing the record, Ms. Amy Hinds, establishing that the reporter's record had been designated and the fee for preparing the reporter's record had been paid. It is therefore ORDERED that Ms. Hinds file the reporter's record in this appeal no later than ten days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court